

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER VILLELLA,<br>Plaintiff | § § § | |
| V. | § § | CIVIL ACTION NO. 6:14-CV-409-WSS |
| CITY OF HARKER HEIGHTS,<br>TEXAS, Defendant | § § § | |

## ORDER APPROVING SETTLEMENT

CAME ON for consideration by the Court the Motion for Approval of Settlement filed jointly by the Plaintiff and the City of Harker Heights. Plaintiff is a former employee of the City, whose employment was with the City's Police Department. Plaintiff filed a lawsuit entitled and numbered *Christopher Villella v. City of Harker Heights, Texas*; Cause No. 272,743-B in the 146th District Court of Bell County, Texas, in state court, which was removed to this Court and is now before this Court as *Christopher Villella v. City of Harker Heights, Texas;* Civil Action No. 6:14-CV-409-WSS. Plaintiff asserts that he has not been fully compensated by the City for time and overtime worked in violation of the Fair Labor Standards Act and other law.

The Compromise, Settlement and Release Agreement of the parties was submitted to this Court for *in camera* review. The Court has reviewed the settlement in light of the Plaintiff's allegations and the representations of the parties, and finds the settlement to be a fair and reasonable resolution of the wage and hour disputes between the parties.

Therefore, it is ORDERED that the Compromise, Settlement and Release Agreement is APPROVED. Upon receipt of a motion to dismiss by the Plaintiff signifying that payment under the settlement has been made, the Court will dismiss this action with prejudice.

ENTERED this 20th day of November, 2014.

_____
JUDGE PRESIDING