IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER VILLELLA,<br>     Plaintiff | § § § | |
| V. | § § | CIVIL ACTION NO. 6:14-CV-409-WSS |
| CITY OF HARKER HEIGHTS,<br>TEXAS, Defendant | § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Came on to be heard on this the ___21st___ day of ___November___, 2014, the Agreed Motion to Dismiss with Prejudice filed by the parties to the above styled and numbered case. The Court, after considering said Agreed Motion to Dismiss with Prejudice finds that the same is well-founded and should be granted.

IT IS THEREFORE ORDERED that the above-styled and numbered case be, and the same is hereby, dismissed with prejudice to refile.

IT IS FURTHER ORDERED that each party bear its respective costs.

ENTERED on this ___21st___ day of ___November___, 2014.

_____
JUDGE PRESIDING

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER VILLELLA,<br>    Plaintiff | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO.  6:14-CV-409-WSS |
| | §<br>§ | |
| CITY OF HARKER HEIGHTS,<br>TEXAS, Defendant | §<br>§ | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Came on to be heard on this the ___21st___ day of ___November___, 2014, the Agreed Motion to Dismiss with Prejudice filed by the parties to the above styled and numbered case. The Court, after considering said Agreed Motion to Dismiss with Prejudice finds that the same is well-founded and should be granted.

IT IS THEREFORE ORDERED that the above-styled and numbered case be, and the same is hereby, dismissed with prejudice to refile.

IT IS FURTHER ORDERED that each party bear its respective costs.

ENTERED on this ___21st___ day of ___November___, 2014.

_____
JUDGE PRESIDING

APPROVED:

**DEATS DURST OWEN & LEVY, PLLC**
1204 San Antonio St., Suite 203
Austin, Texas 78701
Telephone: (512) 474-6200
Telecopier: (512) 474-7896

By: /s/ *Matt Bachop*
   MATT BACHOP
   State Bar No. 24055127
   Email: mbachop@ddollaw.com

ATTORNEY FOR PLAINTIFF


**HALEY & OLSON, P.C.**
Triangle Tower, Suite 600
510 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 776-3336
Telecopier: (254) 776-6823

By: /s/ *Charles D. Olson*
   CHARLES D. OLSON
   State Bar No. 15273200
   Email: colson@haleyolson.com
   MICHAEL W. DIXON
   State Bar No. 05912100
   Email: mdixon@haleyolson.com

ATTORNEYS FOR DEFENDANT